```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

CHRISTIE ICKOM                                              PLAINTIFF

VS.                         CIVIL ACTION NO. 3:20-cv-648-TSL-MTP

COMMISSIONER OF SOCIAL SECURITY                             DEFENDANT

<u>ORDER</u>

This cause is before the court on objections by plaintiff Christie Ickom to the report and recommendation entered in this cause by Magistrate Judge Michael T. Parker on June 7, 2022. The court, having considered the report and recommendation and objections thereto, finds that the objections are not well taken and that the report and recommendation should be adopted as the opinion of the court. It follows that the plaintiff's motion for summary judgment is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 29th day of June, 2022.

<u>/s/ Tom S. Lee</u>
UNITED STATES DISTRICT JUDGE